UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Dave Easley,
    Plaintiff

v.                 Case No.   1:14-cv-891

Kristal Little, et al.,
    Defendants

# ORDER

This matter is before the Court on the Magistrate Judge's Report and Recommendation filed December 22, 2014 (Doc. 8).

Proper notice has been given to the parties under 28 U.S.C. § 636(b)(1)(C), including notice that the parties would waive further appeal if they failed to file objections to the Report and Recommendation in a timely manner. See United States v. Walters, 638 F.2d 947 (6th Cir. 1981). As of the date of this Order, no objections to the Magistrate Judge's Report and Recommendation have been filed.

Having reviewed this matter de novo pursuant to 28 U.S.C. § 636, we find the Magistrate Judge's Report and Recommendation correct.

Accordingly, it is **ORDERED** that the Report and Recommendation of the Magistrate Judge is hereby **ADOPTED**. The following claims are **DISMISSED** on the ground that plaintiff has failed to state a claim upon which relief may be granted by this Court: 1) Plaintiff's claims against defendants Sarah Warren, Lt. Frazie and Dana Judd; and 2) any claim against defendant Kristal Little based on a disciplinary sanction that was imposed as a result of an allegedly "incorrect" charge lodged against plaintiff by Little.

Date: January 20, 2015                  s/Sandra S. Beckwith
                                                    Sandra S. Beckwith, Senior Judge
                                                    United States District Court